UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

BRANDON THOMAS,

                    Defendant.
_____/

Case No. 21-cr-20354-24
Honorable Paul D. Borman

## ORDER STAYING RELEASE

On June 9, 2021, Magistrate Judge Kimberly Altman held a detention hearing for this defendant. At the hearing, Magistrate Judge Altman granted bond, with conditions. The government indicated that it would file an appeal of that decision. Magistrate Judge Altman stayed the release of the defendant for twenty-four hours. The government filed an Appeal of Magistrate Judge Decision, on June 10, 2021 (ECF No.197). A hearing has been scheduled for June 11, 2021 at 10:00 a.m., to be held via ZOOM. A notice has been docketed for this hearing.

Based on the aforementioned facts, this Court extends the stay of the release of Defendant Brandon Thomas until 4:00 p.m. on June 11, 2021, pending a decision on the government's objections to bond.

    SO ORDERED.

Dated: June 10, 2021                       s/Paul D. Borman
                                                         Paul D. Borman
                                                         United States District Judge