UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 21-cr-20354
    District Judge Paul D. Borman

BRANDON THOMAS - D24,

    Defendant.
    _____/

**ORDER DENYING DEFENDANT'S REQUEST FOR RECONSIDERATION OF DETENTION ORDER**

The Court has considered Defendant's request for reconsideration of the Court's Order of Detention. (ECF No. 597, March 30, 2022).

The Court concludes that detention continues to be required for the reasons stated in its Order of June 11, 2021. (ECF No. 223.)

SO ORDERED.

DATED: April 5, 2022

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

1